UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

═══════════════════════════════════

SHERYL L. ASTOLOS,

                              Plaintiff,

        v.                                          ORDER
                                                    06-CV-678

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                              Defendant.

═══════════════════════════════════


        This case was referred to Magistrate Judge Leslie G. Foschio, pursuant to

28 U.S.C. § 636(b)(1), on April 11, 2007.  On March 6, 2007, both plaintiff and

defendant filed motions for judgment on the pleadings.  On July 22, 2008,

Magistrate Judge Foschio filed a Report and Recommendation, recommending

that defendant's  motion be granted and that plaintiff's motion be denied.

        Plaintiff filed objections to the Report and Recommendation on August 5,

2008 and the defendant filed a response thereto.  Oral argument on the

objections was held on October 8, 2009.

        Pursuant to 28 U.S.C. § 636(b)(1), this Court must make a de novo

determination of those portions of the Report and Recommendation to which

objections have been made.  Upon a de novo review of the Report and

Recommendation, and after reviewing the submissions and hearing argument

from the parties, the Court adopts the proposed findings of the Report and

Recommendation.

Accordingly, for the reasons set forth in Magistrate Judge Foschio's Report

and Recommendation, defendant's motion is granted and plaintiff's motion is

denied.

The Clerk of Court shall take all steps necessary to close the case.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: October 14, 2009